An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD L. MILBOURN,
Petitioner,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS; ROBERT LEGRAND,
WARDEN; EMPLOYEE CLERK, SGT.;
AND NEVADA ATTORNEY GENERAL,
Respondents,
   and
JOHN C. LAMBROSE,
Real Party in Interest.

No. 66190

**FILED**

SEP 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for extraordinary relief. Petitioner asserts that he is entitled to immediate discharge due to an order entered by the federal court in 1994. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30960

cc: Richard L. Milbourn
Attorney General/Carson City
Federal Public Defender/Las Vegas